# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Michael Wells
    195-459
    LEBANON CORRECTIONAL I
    P.O. Box 56
    Lebanon, OH 45036

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X _____  ☐ Agent
                               ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                    08-799

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7002 3150 0000 8389 0521

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540